```
                            FILED
IN RE:                 2010 AUG 13 PM 2:47    CASE NO. 05-80065-S

SHERRY A. SPRINGER                            CHAPTER 7
                        U.S. BANKRUPTCY COURT
         Debtor       NORTHERN DISTRICT OF OHIO   REPORT OF DIVIDEND
                              AKRON            UNDER FIVE DOLLARS
```

Harold A. Corzin, Trustee herein, reports that check #118 in the amount of $14.47 was issued on July 29, 2010 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

                                                        Amt. of Dividend

| | | |
|---|---|---|
| Claim #6  | Cara McPherson<br>1795 Lockwood Oval<br>Twinsburg, OH 44087 | $ 3.82 |
| Claim #7  | Marcus Tower MD<br>551 E Washington #230<br>Chagrin Falls, OH 44022-4426 | $ 3.22 |
| Claim #8  | Kari Whitaker<br>23 East Twinsburg<br>Northfield, OH 44067 | $ 3.82 |
| Claim #13 | Stephanie Zimmer<br>5140 East 117th Street<br>Garfield Hts., OH 44125 | $ 3.61 |
| TOTAL: | | $ 14.47 |

*Receipt No. 81687*
*Check No. 116*
*$14.47*

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

August 8, 2010