IN RE:                 FILED    CASE NO. 05-80065

SHERRY A. SPRINGER     2010 NOV -1 PM 3: 42   CHAPTER 7

       Debtor                               REPORT OF UNCLAIMED
                     U.S. BANKRUPTCY COURT   DIVIDEND
                     NORTHERN DISTRICT OF OHIO
                             AKRON

     Harold A. Corzin, Trustee herein, reports that check #113 was issued on July 29, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #117 to the Clerk of Courts in the amount of $13.38 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                         _____
                                         HAROLD A. CORZIN, TRUSTEE
                                         304 N. Cleveland-Massillon Road
                                         Akron, Ohio 44333
                                         (330) 670-0770
                                         (330) 670-0297 Facsimile
                                         Hcorzin@csu-law.com

October 31, 2010

cc:   U. S. Trustee

# Stale Check Report

Trustee: HAROLD A. CORZIN (550340)
Case: 05-80065 - SPRINGER, SHERRY A.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-01064809-66 | 117 | 10/28/10 | U. S. BANKRUPTCY COURT | | | $13.38 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-01064809-66 20 | 113 | | 08/28/06 | 610 | Stephanie DeFrange Potter<br>4175 Darrow Road #40<br>Stow, OH 44224-2675 | 672.53 | 672.53 | 13.38 | 13.38 |

*Handwritten:* Ck # 117  receipt # 81898

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.